

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00369-CV

**STRATEGIC DENTAL EXECUTIVES LLC**,
Appellant

v.

**DEL MAR DENTAL, P.L.L.C.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-000680-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  July 30, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM